THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Sara Mae
 Robinson, Mary Ann Campbell, James Scott, Ellis Scott, William Scott, Shirley
 Pinckney Hughes, Julius Steven Brown, Leon Brown, Annabell Brown, Loretta
 Ladson, Kathleen Brown, Mozelle B. Rembert, Patricia Frickling, Ruth
 Mitchell, Gwendolyn Dunn, Angela Hamilton, Geraldine Jameson, Remus Prioleau,
 Julius Prioleau, Anthony Prioleau, Judy Brown, Franklin Brown, Kathy Young,
 Kenneth Prioleau, Willis Jameson, Melvin Pinckney, William
 "Alonzie" Pinckney, Ruth Fussell, Hattie Wilson, Marie Watson,
 Gloria Becoat, Angela T. Burnett, and Lawrence Redmond, Appellants,
 v.
 The Estate of
 Eloise Pinckney Harris, Jerome C. Harris, as Personal Representative and sole
 heir and devisee of the Estate of Eloise P. Harris, Daniel Duggan, Mark F.
 Teseniar, Nan M. Teseniar, David Savage, Lisa M. Shogry-Savage, Debbie S.
 Dinovo, Martine A. Hutton, The Converse Company, LLC, Judy Pinckney
 Singleton, Mary Leavy, Michelle Davis, Leroy Brisbane, Frances Brisbane, and
 John Doe, Jane Doe, Richard Roe and Mary Roe, who are fictitious names
 representing all unknown persons and the heirs at law or devisees of the
 following deceased persons known as Simeon B. Pinckney, Isabella Pinckney,
 Alex Pinckney, Mary Pinckney, Samuel James Pinckney, Rebecca Riley Pinckney,
 James H. Pinckney, William Brown, Sara Pinckney, Julia H. Pinckney, Laura
 Riley Pinckney Heyward, Herbert Pinckney, Ellis Pinckney, Jannie Gathers,
 Robert Seabrook, Annie Haley Pinckney, Lillian Pinckney Seabrook, Simeon B.
 Pinckney, Jr., Matthew G. Pinckney, Mary Riley, John Riley, Richard Riley,
 Daniel McLeod, and all other persons unknown claiming any right, title,
 estate, interest, or lien upon the real estate tracts described in the Complaint herein, Defendants,  of whom
 Martine A. Hutton is Respondent.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-646
Submitted November 1, 2008  Filed
 November 24, 2008
AFFIRMED

 
 
 
 Walter  Bilbro, Jr., of Charleston, for
 Appellants
 George J. Morris, Louis H. Lang and Kathleen M. McDaniel, all of
 Columbia, for Respondent.
 Charles M. Feeley, of Summerville, for Guardian Ad Litem.
 
 
 

PER CURIAM: Appellants
 appeal the trial courts grant of summary judgment in favor of Respondent,
 denying the setting aside of a 1966 quiet title action.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  §15-67-90 S.C.
 Code Ann. (imposing a three year statute of limitations on an action to set
 aside a judgment quieting title for any reason); Yarbrough
 v. Collins, 301 S.C. 339, 341, 391 S.E.2d
 873, 875 (Ct. App. 1990) (denying the setting aside of a judgment quieting
 title because section 15-67-90 imposes a three year statute of limitations). 
AFFIRMED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.